IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Miy'at Kali El-Bey,                               ) | C/A NO.  0:13-438-CMC-PJG |
|         Plaintiff,        ) | |
|                                      ) | **OPINION and ORDER** |
| v.                   ) | |
| Clover Police Department; Cpl M.L. Wilson; A+ Garage and Towing; David Woods; and J. Corsey Bentley,     ) | |
|         Defendants.        ) | |

This matter is before the court on Plaintiff's *pro se* "Petition for a Final Order." ECF No. 80. Plaintiff contends that the "actions of the Defendants are criminal under the supreme Law of the Land and the Defendants cannot contract around the Constitution[.]" Pet. at 1.

Judgment was entered for Defendants on January 8, 2014. Accordingly, as a final order has been issued in this matter, Plaintiff's motion, which is frivolous, is **denied**.

**IT IS SO ORDERED.**

                                                     s/ Cameron McGowan Currie
                                                     CAMERON MCGOWAN CURRIE
                                                     SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
February 28, 2014

1